# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Appellant,
vs.
SCOTT RAYMOND DOZIER,
Respondent.

No. 74838

**FILED**

JUL 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order enjoining the use of a particular drug in respondent's execution. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Appellant Department of Corrections has filed a motion to voluntarily dismiss this appeal, as the issues raised herein already have been decided by this court in related writ proceedings, *see Nevada Dep't of Corrections v. Dist. Court,* Docket Nos. 74679 & 74722 (May 10, 2018, Order Granting Petition in Docket No. 74722 and Denying Petition in Docket No. 74679). Cause appearing, we grant the motion and order this appeal dismissed.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Jennifer P. Togliatti, District Judge
Attorney General/Carson City
Attorney General/Las Vegas
Clark County District Attorney
Federal Public Defender/Las Vegas
Oronoz & Ericsson, LLC
Eighth District Court Clerk